539 U.S. 936
 Castillo
v.
United States,
Jesse
v.
United States,
McNeal
v.
United States,
Nagel
v.
United States,
Rivera
v.
United States,
Sheridan
v.
United States, and
Thomas
v.
United States.
 No. 02-10660.
 Supreme Court of United States.
 June 16, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 61 Fed. Appx. 920 (fifth and seventh judgments), 921 (first and second judgments), and 922 (third judgment); 67 Fed. Appx. 245 (fourth judgment) and 246 (sixth judgment).